**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SYLVESTER ELLIOTT, JR., #322733,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 21-0154-KD-MU** |
| **EARNEST EVANS,** *et al.,* | : | |
| **Defendants.** | : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and

Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and

**DECREED** that this action is **DISMISSED** without prejudice, prior to service of process,

pursuant to 28 U.S.C. § 1915A(b)(1) because the claims are either frivolous or fail to

state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 17th day of November 2021.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE